MICHAEL D. MORIN, ESQ., SBN: 113475
MARGOLIS & MORIN LLP
444 South Flower Street, 6th Floor
Los Angeles, CA 90071
Telephone 213-683-0300
Fax 213-683-0303

Attorneys for Plaintiff
**RENA MERO**

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA MERO, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN INTERNATIONAL SYNDICATION, a California Corp. <br><br> Defendant. | Case No. CV-02-9801 RGK (JTLx) <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)** <br><br><br> Action Filed: July 26, 2001 |

ENTERED
JUL 29 2003
CV

82

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SIXTH FLOOR
LOS ANGELES
CALIFORNIA 90071

1  IT IS HEREBY STIPULATED by and between Plaintiff, RENA MERO and Defendant and Third-Party Plaintiff WESTERN INTERNATIONAL SYNDICATION, INC., and Third Party Defendants VICTOR & GRAIS, VICTOR & GRAIS PRODUCTIONS, MARK VICTOR, MICHAEL GRAIS; HILLTOP ENTERTAINMENT, LLC; HARELL GOLDSTEIN, PEACE ARCH ENTERTAINMENT GROUP INC., IMMORTAL PRODUCTIONS INC., and ARTHUR LIEBERMAN, that the complaint and all counter-claims filed herein be and are hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).

Dated: July __, 2003           MARGOLIS & MORIN LLP


                               By:_____
                                  MICHAEL D. MORIN
                                  Attorney for Plaintiff,
                                  RENA MERO

Date: July ___, 2003           GARFIELD TEPPER & RASKIN


                               By:_____
                                  GARY S. RASKIN
                                  Attorneys for Defendant and Third-Party
                                  Plaintiff Western International Syndication,
                                  Inc.

Date: July ___, 2003           GORRY MEYER & RUDD LLP


                               BY:_____
                                  CHRISTOPHER L. RUDD
                                  Attorneys for Third Party Defendants
                                  Victor & Grais, Victor & Grais Productions,
                                  Mark Victor and Michael Grais


IT IS SO ORDERED

Dated ___JUL 28 2003___

_____
United States District Judge
GARY KLAUSNER

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SIXTH FLOOR
LOS ANGELES
CALIFORNIA 90071

1

Slip&Order(Dismissal)_30707

1  IT IS HEREBY STIPULATED by and between Plaintiff, RENA MERO and
2  Defendant and Third-Party Plaintiff WESTERN INTERNATIONAL
3  SYNDICATION, INC., and Third Party Defendants VICTOR & GRAIS, VICTOR &
4  GRAIS PRODUCTIONS, MARK VICTOR, MICHAEL GRAIS; HILLTOP
5  ENTERTAINMENT, LLC; HARELL GOLDSTEIN, PEACE ARCH
6  ENTERTAINMENT GROUP INC., IMMORTAL PRODUCTIONS INC., and
7  ARTHUR LIEBERMAN, that the complaint and all counter-claims filed herein be
8  and are hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).

9  Dated: July ___, 2003          MARGOLIS & MORIN LLP

11                                 By:_____
                                   MICHAEL D. MORIN
12                                 Attorney for Plaintiff,
                                   RENA MERO

13 Date: July 23, 2003             GARFIELD TEPPER & RASKIN

15                                 By: /s/ Gary Raskin
16                                 GARY S. RASKIN
17                                 Attorneys for Defendant and Third-Party
                                   Plaintiff Western International Syndication,
18                                 Inc.

19 Date: July ___, 2003            GORRY MEYER & RUDD LLP
20
21                                 BY:_____
                                   CHRISTOPHER L. RUDD
22                                 Attorneys for Third Party Defendants
23                                 Victor & Grais, Victor & Grais Productions,
                                   Mark Victor and Michael Grais

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW

1

1   IT IS HEREBY STIPULATED by and between Plaintiff, RENA MERO and
2   Defendant and Third-Party Plaintiff WESTERN INTERNATIONAL
3   SYNDICATION, INC., and Third Party Defendants VICTOR & GRAIS, VICTOR &
4   GRAIS PRODUCTIONS, MARK VICTOR, MICHAEL GRAIS; HILLTOP
5   ENTERTAINMENT, LLC; HARELL GOLDSTEIN, PEACE ARCH
6   ENTERTAINMENT GROUP INC., IMMORTAL PRODUCTIONS INC., and
7   ARTHUR LIEBERMAN, that the complaint and all counter-claims filed herein be
8   and are hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).

Dated: July ___, 2003            MARGOLIS & MORIN LLP

                                 By:_____
                                    MICHAEL D. MORIN
                                 Attorney for Plaintiff,
                                 RENA MERO

Date: July ___, 2003             GARFIELD TEPPER & RASKIN


                                 By:_____
                                    GARY S. RASKIN
                                 Attorneys for Defendant and Third-Party
                                 Plaintiff Western International Syndication,
                                 Inc.

Date: July 14, 2003              GORRY MEYER & RUDD LLP

                                 BY: _____
                                    CHRISTOPHER L. RUDD
                                 Attorneys for Third Party Defendants
                                 Victor & Grais, Victor & Grais Productions,
                                 Mark Victor and Michael Grais

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW
444 South Flower Street
Sixth Floor
Los Angeles
California 90071

1

| | |
|---|---|
| Date: July 14, 2003 | PIERSON LAW FIRM A.P.L.C.<br><br>By: _____<br>  JOHN K. PIERSON<br>Attorneys for Third Party Defendants<br>Hilltop Entertainment, LLC |
| Date: July ___, 2003 | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP<br><br>By: _____<br>  JOSEPH M. GABRIEL<br>Attorneys for Third Party Defendants Peace Arch Entertainment Group Inc. and Immortal Productions Inc. |
| Date: July ___, 2003 | LAW OFFICES OF RONALD A. LITZ<br><br>BY: _____<br>RONALD A. LITZ<br>Attorney for HARELL GOLDSTEIN |
| Dated: July ___, 2003 | By: _____<br>  ARTHUR LIEBERMAN<br>In Pro Per |

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SIXTH FLOOR
LOS ANGELES

2

TOTAL P.04

Stip&Order(Dismissal)_30707

| | |
|---|---|
| Date: July ___, 2003 | PIERSON LAW FIRM A.P.L.C.<br><br>By: _____<br>    JOHN K. PIERSON<br>Attorneys for Third Party Defendants<br>Hilltop Entertainment, LLC |
| Date: July ___, 2003 | LINER YANKELEVITZ SUNSHINE &<br>REGENSTREIF LLP<br><br>By: _/s/_____<br>    JOSEPH M. GABRIEL<br>Attorneys for Third Party Defendants Peace Arch Entertainment Group Inc. and Immortal Productions Inc. |
| Date: July ___, 2003 | LAW OFFICES OF RONALD A. LITZ<br><br>BY: _____<br>RONALD A. LITZ<br>Attorney for HARELL GOLDSTEIN |
| Dated: July ___, 2003 | By: _____<br>    ARTHUR LIEBERMAN<br>In Pro Per |

2

Sup&Order(Dismissal)_30707

| | |
|---|---|
| Date: July ___, 2003 | PIERSON LAW FIRM A.P.L.C. |
| | By: _____ |
| | JOHN K. PIERSON |
| | Attorneys for Third Party Defendants |
| | Hilltop Entertainment, LLC |
| | |
| Date: July ___, 2003 | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP |
| | |
| | By: _____ |
| | JOSEPH M. GABRIEL |
| | Attorneys for Third Party Defendants Peace Arch Entertainment Group Inc. and Immortal Productions Inc. |
| | |
| Date: July ___, 2003 | LAW OFFICES OF RONALD A. LITZ |
| | |
| | BY: /s/ Ronald A. Litz |
| | RONALD A. LITZ |
| | Attorney for HARELL GOLDSTEIN |
| | |
| Dated: July ___, 2003 | |
| | By: _____ |
| | ARTHUR LIEBERMAN |
| | In Pro Per |

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW
444 South Flower Street
Sixth Floor
Los Angeles

2

TOTAL P.04

StipdOrder(Dismissal)_00707

| | | |
|---|---|---|
| 1 | Date: July ___, 2003 | PIERSON LAW FIRM A.P.L.C. |
| 2 | | |
| 3 | | By: _____ |
| | | JOHN K. PIERSON |
| 4 | | Attorneys for Third Party Defendants Hilltop Entertainment, LLC |
| 5 | | |
| 6 | | |
| 7 | Date: July ___, 2003 | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP |
| 8 | | |
| 9 | | By: _____ |
| | | JOSEPH M. GABRIEL |
| 10 | | Attorneys for Third Party Defendants Peace Arch Entertainment Group Inc. and Immortal Productions Inc. |
| 11 | | |
| 12 | | |
| 13 | Date: July ___, 2003 | LAW OFFICES OF RONALD A. LITZ |
| 14 | | |
| 15 | | |
| 16 | | BY: _____ |
| | | RONALD A. LITZ |
| 17 | | Attorney for HARELL GOLDSTEIN |
| 18 | | |
| 19 | Dated: July ___, 2003 | |
| 20 | | By: _[signature]_____ |
| 21 | | ARTHUR LIEBERMAN |
| | | In Pro Per |

2

**_MERO V. WESTERN INTERNATIONAL SYNDICATION, INC._**
Case No. 01-06451 CM (BQRx)
Reassigned to ED CV 01-851 RT (SGLx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 444 South Flower Street, Sixth Floor, Los Angeles, California 90071.

    On July 23, 2003, I served the foregoing document(s) described as follows:
**STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)** on all interested parties in this action

( ) by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

( X ) by placing ( ) the original ( X ) a true copy thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Gary S. Raskin, Esq.<br>Scott J. Tepper, Esq.<br>GARFIELD TEPPER & RASKIN<br>1801 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067-2781 | Attorneys for Defendant and Third-Party Plaintiff **Western International Syndication, Inc.**<br><br>Telephone: 310-277-1981<br>Facsimile: 310-277-1980 |
| Christopher L. Rudd, Esq.<br>Timothy J. Gorry, Esq.<br>Jackie M. Joseph, Esq.<br>Gorry Meyer & Rudd LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | Attorneys for Third Party Defendants **Victor & Grais, Victor & Grais Productions, Mark Victor and Michael Grais**<br><br>Telephone: 310-277-5967<br>Facsimile: 310-277-5968 |
| John K. Pierson, Esq.<br>Pierson Law Firm A.P.L.C.<br>12424 Wilshire Boulevard, Suite 1030<br>Los Angeles, CA 90025-1043 | Attorneys for Third Party Defendants **Hilltop Entertainment, LLC**<br><br>Telephone: 310-826-8009<br>Facsimile: 310-826-0080 |

MARGOLIS & MORIN LLP
ATTORNEYS AT LAW
444 South Flower Street
Sixth Floor
Los Angeles
California 90071

PROOF OF SERVICE

|   |   |
|---|---|
| Joseph M. Gabriel, Esq.<br>Edward M. Kubec, Esq.<br>LINER YANKELEVITZ, SUNSHINE, &<br>REGENSTREIF, LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024 | Attorneys for Third Party<br>Defendants **Peace Arch**<br>**Entertainment Group Inc. and**<br>**Immortal Productions Inc.**<br><br>Telephone:   310-500-3500<br>Facsimile:   310-500-3501 |
| Arthur Lieberman, Esq.<br>Dickstein, Shapiro, Morin & Oshinsky<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 | Associate Counsel for Plaintiff<br>**RENA MERO** |

Ronald A. Litz, Esq.
LAW OFFICES OF RONALD A. LITZ
10100 Santa Monica Boulevard, Suite 800
Los Angeles, CA 90067
Tel: (310) 201-0100
Fax: (310) 201-0226

( X )   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   **(BY FACSIMILE)** By transmitting to the addressee(s) facsimile number, as indicated on the attached service list, a copy thereof. I verified with the addressee(s) that service by facsimile was acceptable and verified the transmission. Thereafter, I placed a true copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively. The facsimile transmission was reported as complete and without error.

( )   **(BY UPS Overnight Delivery)**   I placed each such envelope in a package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, and deposited said package in a box or other facility regularly maintained by the express service carrier as per Code of Civil Procedure Section 1013(c).

( X )   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2003, at Los Angeles, California.

Eugenia M. Paquet

PROOF OF SERVICE